JS 44C/SDNY
REV. 07/08/16

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS
George Campbell

DEFENDANTS
Bank of America, N.A.

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
New Economy Project, 121 W. 27th St. #804, NY, NY 10001, (212) 680-5100
Bromberg Law Office, P.C., 26 Broadway 21st FL, NY, NY 10004,
(212) 248-7906

ATTORNEYS (IF KNOWN)
Susan Shin
Brian L. Bromberg

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

15 U.S.C. § 1693 et seq.; violations of EFTA 15 U.S.C. § 1693 et seq., New York General Business §  349, and state common law.

Has this  action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ]     Judge Previously Assigned

If yes, was this case  Vol. [ ] Invol. [ ]  Dismissed.  No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?        No [x]        Yes [ ]

*(PLACE AN [x] IN ONE BOX ONLY)*        NATURE OF SUIT

TORTS                                                          ACTIONS UNDER STATUTES

**CONTRACT**

[ ] 110      INSURANCE
[ ] 120      MARINE
[ ] 130      MILLER ACT
[ ] 140      NEGOTIABLE
             INSTRUMENT
[ ] 150      RECOVERY OF
             OVERPAYMENT &
             ENFORCEMENT
             OF JUDGMENT
[ ] 151      MEDICARE ACT
[ ] 152      RECOVERY OF
             DEFAULTED
             STUDENT LOANS
             (EXCL VETERANS)
[ ] 153      RECOVERY OF
             OVERPAYMENT
             OF VETERAN'S
             BENEFITS
[ ] 160      STOCKHOLDERS
             SUITS
[ ] 190      OTHER
             CONTRACT
[ ] 195      CONTRACT
             PRODUCT
             LIABILITY
[ ] 196 FRANCHISE

**REAL PROPERTY**

[ ] 210      LAND
             CONDEMNATION
[ ] 220      FORECLOSURE
[ ] 230      RENT LEASE &
             EJECTMENT
[ ] 240      TORTS TO LAND
[ ] 245      TORT PRODUCT
             LIABILITY
[ ] 290      ALL OTHER
             REAL PROPERTY

**PERSONAL INJURY**

[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT
        LIABILITY
[ ] 320 ASSAULT, LIBEL &
        SLANDER
[ ] 330 FEDERAL
        EMPLOYERS'
        LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT
        LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE
        PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL
        INJURY
[ ] 362 PERSONAL INJURY -
        MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**

[ ] 440    OTHER CIVIL RIGHTS
           (Non-Prisoner)
[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING/
        ACCOMMODATIONS
[ ] 445 AMERICANS WITH
        DISABILITIES -
        EMPLOYMENT
[ ] 446  AMERICANS WITH
        DISABILITIES -OTHER
[ ] 448 EDUCATION

**PERSONAL INJURY**
[ ] 367 HEALTHCARE/
PHARMACEUTICAL PERSONAL
INJURY/PRODUCT LIABILITY
[ ] 365 PERSONAL INJURY
        PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL
        INJURY PRODUCT
        LIABILITY

**PERSONAL PROPERTY**

[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING

[ ] 380 OTHER PERSONAL
        PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE
        PRODUCT LIABILITY

**PRISONER PETITIONS**
[ ] 463 ALIEN DETAINEE
[ ] 510 MOTIONS TO
        VACATE SENTENCE
        28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**

[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION
[ ] 560 CIVIL DETAINEE
        CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**

[ ] 625 DRUG RELATED
SEIZURE OF PROPERTY
21 USC 881
[ ] 690 OTHER

**LABOR**

[ ] 710 FAIR LABOR
        STANDARDS ACT
[ ] 720 LABOR/MGMT
        RELATIONS
[ ] 740 RAILWAY LABOR ACT
[ ]  751 FAMILY MEDICAL
LEAVE ACT (FMLA)
[ ] 790 OTHER LABOR
        LITIGATION
[ ] 791 EMPL RET INC
        SECURITY ACT (ERISA)

**IMMIGRATION**

[ ] 462 NATURALIZATION
        APPLICATION
[ ] 465 OTHER IMMIGRATION
        ACTIONS

**BANKRUPTCY**

[ ] 422 APPEAL
        28 USC 158
[ ] 423 WITHDRAWAL
        28 USC 157

**PROPERTY RIGHTS**

[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**

[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

[ ] 870 TAXES (U.S. Plaintiff or
        Defendant)
[ ] 871 IRS-THIRD PARTY
        26 USC 7609

**OTHER STATUTES**

[ ] 375 FALSE CLAIMS
[ ] 376 QUI TAM
[ ] 400 STATE
        REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU-
        ENCED & CORRUPT
        ORGANIZATION ACT
        (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490  CABLE/SATELLITE TV

[ ] 850 SECURITIES/
        COMMODITIES/
        EXCHANGE

[x] 890 OTHER STATUTORY
        ACTIONS
[ ] 891 AGRICULTURAL ACTS

[ ] 893 ENVIRONMENTAL
        MATTERS
[ ] 895 FREEDOM OF
        INFORMATION ACT
[ ]  896 ARBITRATION
[ ] 899 ADMINISTRATIVE
        PROCEDURE ACT/REVIEW OR
        APPEAL OF AGENCY DECISION

[ ] 950 CONSTITUTIONALITY OF
        STATE STATUTES

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND: [X] YES [ ] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____ DOCKET NUMBER_____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*

## ORIGIN

[X] 1 Original
Proceeding

[ ] 2 Removed from
State Court

[ ] a. **all parties represented**

[ ] b. **At least one party
is pro se.**

[ ] 3 Remanded
from
Appellate
Court

[ ] 4 Reinstated or
Reopened

[ ] 5 Transferred from
(Specify District)

[ ] 6 Multidistrict
Litigation
(Transferred)

[ ] 7 Appeal to District
Judge from
Magistrate Judge

[ ] 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)*

## BASIS OF JURISDICTION

*IF DIVERSITY, INDICATE
CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [X] 3 FEDERAL QUESTION    [ ] 4 DIVERSITY

(U.S. NOT A PARTY)

## CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

161 W. 140th St. #41, New York, New York 10030 - New York County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

100 North Tryon Street, Charlotte, North Carolina 28202 - Mecklenburg County

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN
THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

## COURTHOUSE ASSIGNMENT

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.
DO NOT check either box if this is a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [ ] MANHATTAN

DATE                SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
Attorney Bar Code #

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)